1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   GEORGE JONES,                        Case No. 2:21-cv-04370-FLA (KSx)
12              Plaintiff,
                                          **ORDER TO SHOW CAUSE WHY**
13        v.                              **THE COURT SHOULD NOT**
                                          **DISMISS THIS ACTION DUE TO**
14                                        **SETTLEMENT**
15   WELLS FARGO BANK, National
     Association, *et al*.
16
                Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

In light of the Notice of Settlement filed in this action, the court ORDERS the parties to submit a joint status report regarding settlement by October 25, 2021. The court further ORDERS the parties to Show Cause ("OSC") on November 5, 2021 at 1:30 p.m. in Courtroom 6B why the court should not dismiss this action due to the parties' settlement. The filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 shall constitute a sufficient response to, and will discharge, this OSC. All pending dates and deadlines are hereby VACATED.

IT IS SO ORDERED.

Dated: August 25, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge